LARRY M. BAKMAN
California State Bar No. 88964
10100 Santa Monica Boulevard
Suite 300
Los Angeles, California 90067
Telephone: (310) 772-2233
Facsimile: (310) 772-2234

Attorney for Defendant: Fortino Alfonso Villalobos

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 08-00347-MMM |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER ALLOWING |
| ) | DEFENDANT'S WITHDRAWAL |
| ) | OF PREVIOUSLY ENTERED PLEA |
| vs. ) | OF GUILTY |
| ) | |
| ) | |
| FORTINO ALFONSO VILLALOBOS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

GOOD CAUSE APPEARING: IT IS HEREBY ORDERED that pursuant to Federal Rules of Criminal Procedure section 11 (d)(2)(B) defendant's previously entered plea of guilty is withdrawn.

DATED: July 27, 2009         _____
                             *Margaret M. Morrow*
                             HONORABLE MARGARET M. MORROW
                             United States District Court Judge